UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

In the Matter of the termination of                         ORDER
Referral to Magistrate Judge

_____

      **ORDERED** that the referral to Magistrate Judge David E. Peebles in the following case has been terminated.  This case will be decided directly, without Report and Recommendation, by the Honorable Thomas J. McAvoy, Senior U.S. District Judge:

| Case Number | Caption |
|---|---|
| 5:11-cv-1425 (TJM/DEP) | O'Connor v. Commissioner of Social Security |

**IT IS SO ORDERED.**

Dated: December 4, 2012
Syracuse, New York

_Gary L. Sharpe_
Gary L. Sharpe
Chief U.S. District Judge